D+F

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 15 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────X
UNITED STATES OF AMERICA

    - against -               CR. NO. 06-172 (JBW)

GUS ACOSTA,

    Defendant.
──────────────────────────────X

THIS MATTER having come before the Court on the application of James L. Sonageri, Esq. of Sonageri & Fallon, L.L.C., attorney for Defendant Gus Acosta, upon notice to and with the consent of Elaine Banar, Esq. of the United States Attorney's Office of the Eastern District of New York,, and for good cause shown;

IT IS on this 8th day of June, 2006;

ORDERED that Defendant Gus Acosta is permitted to travel within the continental United States of America and Puerto Rico pending sentencing.

                              s/Kiyo A. Matsumoto
                              KIYO A. MATSUMOTO, U.S.M.J.

JAMES L. SONAGERI[1]
CERTIFIED CIVIL TRIAL ATTORNEY

GERARD C. FALLON
(1933 - 2006)

JAMES C. De NORSCIA[1]
CERTIFIED CIVIL TRIAL ATTORNEY

OF COUNSEL

DONNA YUROW SONAGERI
MICHELE WEISSMAN[2]

1. ADMITTED IN NJ & NY
2. ADMITTED IN NJ, NY & WASH. D.C.

# SONAGERI & FALLON L.L.C.
## ATTORNEYS AT LAW
CONTINENTAL PLAZA II
411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601

TELEPHONE: (201) 646-1000
FACSIMILE: (201) 646-1084

NEW YORK OFFICE

1461 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 739-1100
FACSIMILE: (516) 739-1103



RECEIVED
... of
U.S. ... Judge
KIYO A. ...MOTO
JUN 7 - 2006

June 1, 2006

Kiyo A. Matsumoto, U.S.M.J.
225 Cadman Plaza East
Brooklyn, NJ 11201

Re: **United States v. Acosta**
    **CR. NO. 06-172**

Dear Judge Matsumoto:

Mr. Acosta entered a plea of guilty to an Information before Your Honor on May 26, 2006. At that time, I requested permission for Mr. Acosta to travel within the continental United States and Puerto Rico, with the consent of Assistant United States Attorney, Elaine Banar, Esq., Your Honor directed that I submit a proposed Order. Enclosed are an original and two copies of a proposed Order. If the proposed Order is satisfactory, I request that Your Honor execute the Order, have it entered and returned to me.

Thank you for your consideration in this matter.

Respectfully submitted,

SONAGERI & FALLON, L.L.C.

JAMES L. SONAGERI

JLS:pam
Enclosure
cc: Elaine Banar, Assistant U.S. Attorney