JAMES L. SONAGERI¹
CERTIFIED CIVIL TRIAL ATTORNEY

GERARD C. FALLON
(1933 - 2006)

JAMES C. De NORSCIA²
CERTIFIED CIVIL TRIAL ATTORNEY

OF COUNSEL

DONNA YUROW SONAGERI
MICHELE WEISSMAN²

1. ADMITTED IN NJ & NY
2. ADMITTED IN NJ, NY & WASH. D.C.

# SONAGERI & FALLON L.L.C.
ATTORNEYS AT LAW

CONTINENTAL PLAZA II
411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601

TELEPHONE: (201) 646-1000
FACSIMILE: (201) 646-1084

BROOKLYN OFFICE

NEW YORK OFFICE

1461 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 739-1100
FACSIMILE: (516) 739-1103

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 16 2006 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 20 2006 ★
BROOKLYN OFFICE

June 1, 2006

Honorable Jack B. Weinstein
United States Courthouse
225 Cadman Plaza East
Brooklyn, NJ 11201

Re: **United States v. Acosta**
    **CR No. 06-172**

Dear Judge Weinstein:

I represent Mr. Acosta in the above matter, which has a sentencing date of August 3, 2006. I will be on vacation at that time and respectfully request that the sentencing date be rescheduled to September. Assistant United States Attorney Elaine Banar, representing the Government in this matter, has consented to my request.

Thank you for your consideration in this matter.

Respectfully,

SONAGERI & FALLON, L.L.C.

JAMES L. SONAGERI

JLS:pam
cc: Elaine Banar, Assistant U.S. Attorney

s/Jack Weinstein 6/16/06

**SENTENCING IS ADJOURNED TO 9/12/06 AT 10:00a.m.**