UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

Gus Acosta

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2006 ★
BROOKLYN OFFICE

Docket No. CR-06-172 (JBW)

## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The Unites States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U.S. Attorney
by AUSA

_____
Defendant's Attorney

Dated: Brooklyn, New York

May 26, 2006

BEFORE:  s/Kiyo Matsumoto
_____
UNITED STATES MAGISTRATE JUDGE